**Electronically Filed
Intermediate Court of Appeals
29467
22-JUL-2011
07:49 AM**

NO. 29467

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


CHARLES MITCHELL HART AND LISA MARIE HART,
Plaintiffs-Appellants v. TICOR TITLE INSURANCE
COMPANY, Defendant-Appellee


APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CIVIL CASE NO. 1RC08-1-3865)


ORDER OF CORRECTION
(By: Leonard, J., for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition
Order of the court filed on July 21, 2011, is hereby corrected at
page 3, in the attorney-credit section, to replace "Frances" with
"Francis". The attorney-credit section shall now read as
follows:

Philip J. Leas
Calvert G. Chipcase
(Cades Schutte)
for Plaintiffs-Appellants

Francis P. Hogan
Michael R. Vieira
Connie C. Chow
(Ashford & Wriston)
for Defendant-Appellee

---

[1] Nakamura, Chief Judge, Fujise and Leonard, JJ.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawai'i, July 22, 2011.

FOR THE COURT:

Associate Judge